UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R.,<br><br>        Plaintiff,<br><br>    v.<br><br>G6 HOSPITALITY PROPERTY LLC,<br><br>        Defendant. | Case No. 24-cv-09280-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to Case No. 24-cv-09268.

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
EUMI K. LEE
United States District Judge